RENE L. VALLADARES  
Federal Public Defender  
State Bar No. 11479  
RAQUEL LAZO  
Assistant Federal Public Defender  
411 E. Bonneville Avenue, Suite 250  
Las Vegas, Nevada 89101  
(702) 388-6577  
(Fax) 388-6261  

Attorneys for BENAVIDES-MUNOZ  

UNITED STATES DISTRICT COURT  

DISTRICT OF NEVADA  

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-379-LRH-VCF |
| Plaintiff, | **MOTION TO DISMISS INDICTMENT WITH PROPOSED ORDER** |
| vs. | (First Request) |
| OCTAVIO BENAVIDES-MUNOZ, | |
| Defendant. | |

COMES NOW, appointed counsel, Raquel Lazo, Assistant Federal Public Defender, hereby moves this Court to dismiss the Indictment with Proposed Order.

1. On January 3, 2013 the defendant entered a superseding misdemeanor plea to unlawful entry into the United States in violation of 8 USC § 1325(a)(1) and was sentenced. At the hearing, government counsel moved to have the underlying felony indictment dismissed. Magistrate Judge Cam Ferenbach granted the motion.

2. Client hereby moves to have the Indictment dismissed.

DATED this 8th day of January, 2013.

RENE L. VALLADARES  
Federal Public Defender  

/s/ Raquel Lazo  
By: _____  
RAQUEL LAZO  
Assistant Federal Public Defender  

FILED ✓   RECEIVED ___  
ENTERED ___   SERVED ON ___  
COUNSEL/PARTIES OF RECORD  

JAN 2 4 2013  

CLERK US DISTRICT COURT  
DISTRICT OF NEVADA  
BY: DbN   DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-379-LRH-VCF |
| Plaintiff, | ORDER |
| vs. | |
| OCTAVIO BENAVIDES-MUNOZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment be DISMISSED.

DATED 23rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 8, 2013, she served an electronic copy of the above and foregoing **MOTION TO DISMISS INDICTMENT WITH PROPOSED ORDER** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
ROBERT A. BORK
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

/s/ Maribel Bran
Employee of the Federal Public Defender

3